No counsel marked for appellant. ROBERT C. BRICK-ELL, Attorney General, for the State.

THOMAS, J.—Appeal dismissed on motion.

---

### FARMERS' MUTUAL INS. ASSO. v. PALLISON.
(Decided November 25th, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

L. H. DOTY and TURNER & MURPHY, for appellant. B. C. BURKHART, for appellee.

Per curiam. Affirmed for failure to assign errors.

---

### FLETCHER v. THE STATE.
(Decided November 10th, 1914.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

PARKS & PRESTWOOD, for appellant. ROBERT C. BRICK-ELL, Attorney General, for the State.

Per curiam. Reversed and remanded on the authority of *Ex parte Fletcher*, 188 Ala., 66 South. 148.

---

### FLETCHER v. THE STATE.
(Decided November 10th, 1914.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

PARKS & PRESTWOOD, for appellant. ROBERT C. BRICK-ELL, Attorney General, for the State.

Per curiam. Reversed and remanded on the authority of *Ex parte Fletcher*, 188 Ala., 66 South. 148.

---

### FLETCHER v. THE STATE.
(Decided November 10th, 1914.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

PARKS & PRESTWOOD, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Reversed and remanded on the authority of *Ex parte Fletcher*, 188 Ala., 66 South. 148.

---

## FRANKLING v. THE STATE.
(Decided November 19th, 1914.)

APPEAL from Russell Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed for want of prosecution.

---

## FREEMAN v. BANKSTON & BERRY W. & S. CO.
(Decided November 25th, 1914.)

APPEAL from Fayette Circuit Court.

Heard before Hon. BERNARD HARWOOD.

No counsel marked for each party. .

Per curiam. Affirmed on certificate.

---

## HAMILTON v. TERRY HDW. CO.
(Decided November 25th, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

H. A. HAIGLER and THOMAS J. JUDGE, for appellant. W. T. STEWART, for appellee.

Per curiam. Affirmed for failure to assign errors.

---

## HUFFMAN v. THE CITY OF BIRMINGHAM.
(Decided November 27th, 1914.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.